OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

PRESORTED FIRST CLASS

02 1M          $ 00.26⁵
0004279596     MAR 10 2015
MAILED FROM ZIP CODE 78231

3/2/2015
JOHNSON, KENNETH RAY   Tr. Ct. No. CR23,289-B              WR-78,231-05

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

PRESIDING JUDGE 20TH DISTRICT COURT
P O BOX 728
CAMERON, TX  76520                    U TF

AAWBS3B  76520